STATE OF NEW JERSEY v. STEVEN MAX.

November 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ARSENIO ARROYO.

November 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL LUCIANO.

November 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW M. SINGER.

November 12, 1984.

Petition for certification denied.

PETER LANG v. BARBARA BAKER.

November 12, 1984.

Petition for certification granted.   (See 195 *N.J.Super.* 430)